SCANNED at WVCF and Emailed on
1-6-23 by NY - 5 pages.
(date)  (initials)  (num)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
01/06/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Mario Burdlette,
         Plaintiff,

vs.

(Case Worker) Scott,
         Defendant,

Case No.: 2:23-cv-008-JMS-MG
(TO BE SUPPLIED BY THE CLERK)

(Enter above the full name of the
Defendant(s) in this action.)

# COMPLAINT

## I. PARTIES

The names and addresses of each plaintiff and defendant are as follows:

A. Plaintiff:

  Name  Mario Burdlette

  Identification Number  120178

  Address  W.V.C.F., P.O. Box 1111,
           Carlisle, In 47838

B. Defendant(s)

  Name  ? Scott (First Name Unknown)

  Title  Case Worker

  Address  Branchville Correctional Facility, 21390
           Old State Road 37, Branchville, IN 47514

  Name _____

  Title _____

  Address _____

BK3

Name _____

Title _____

Address _____

_____

(Identify additional plaintiffs and defendants on a separate sheet of paper using this same outline)

## II.    STATEMENT OF JURISDICTION AND PREVIOUS LAWSUITS:

Jurisdiction over this action exists in the United States District Court for the Southern District of Indiana because ___I was housed at Branchville Correctional Facility in Branchville, Indiana when my First Amendment right was violated.___

If the same facts alleged or claims made in this suit have been previously presented to any other state or federal court in an earlier suit, for each such earlier suit identify the parties, the Court in which it was filed, the docket number assigned to the suit, the status of such earlier suit, (for example: pending, dismissed, set for trial, on appeal, etc.). and the nature of the disposition if the earlier case is closed.

IV.    CAUSE OF ACTION

State which of your constitutional or federal rights, privileges or immunities have been violated and summarize in one or two sentences what the defendant(s) did to violate your rights in that regard. If you are claiming that more than one of your constitutional rights were violated, use a separate paragraph (ground) for each right, privilege or immunity which was violated. If you have more than three (3) grounds, identify them in a separate attached piece of paper.

BK3

Ground 1: My First Amendment right was violated when Case Worker Scott removed me from the Case Plan Credit Time program after I filed a grievance against him.

Ground 2: _____

Ground 3: _____

(Identify additional grounds on a separate sheet of paper)

## V. STATEMENT OF FACTS

State here the FACTS of your case. You should outline both the facts on which your suit is based and the particular role of each defendant in those circumstances.

In November of 2021, I opted into the DOC's new Case Plan Credit Time program while housed in D-Dorm at Branchville Correctional Facility. A week or so later I was moved to A-Dorm, and I was switched from the D-Dorm case worker's case load to Scott's A-Dorm case load.

I encountered hostility from Scott the very first time I walked into Scott's

BK3

A-Dorm office. He said, "Bardlette? Oh, so you're the loudmouth my wife was telling me about." I had recently completed Global Supply Chain Logistics, a class that Mrs. Scott teaches at B.C.F., so I immediately who he was talking about. I told him his wife was a liar if she said I was loud in any way, because everyone knows I rarely ever raise my voice, and he replied, "Wow, you're calling my wife a liar? You do understand that I'm in charge of giving you your time cuts, right?"

I left his office abruptly, to prevent an argument, but a few days later I encountered him in the short hallway between the dormitory and the dayroom, and when he overheard me speaking with another inmate, he told that inmate that I was stupid and not to listen to me. I got upset, and Scott and I began to argue. He said he was writing me up. I wrote a grievance about the incident (the first grievance), but he called me into his office a few days later and said he had decided not to pursue the write-up, so I decided not to pursue the grievance. This all occurred in December of 2021.

In September of 2022, when I was transferred to Wabash Valley Correctional Facility, I asked my new case worker about the status of my Case Plan Credit Time, and she informed me that I wasn't even in the program. Upon learning of this, I immediately filed a grievance (second grievance) concerning this matter. Initially, I was told that there was no record of me ever opting into the program, so on the appeal I requested that someone look in my offender packet so they could see the paper I'd signed to opt in to the CPCT program. When I received the appeal response, it said I had opted into the program in November of 2021 and then opted out in December of 2021. I never opted out of anything, and I'm quite certain the evidence revealed in discovery will prove that Case Worker Scott removed me from the program to prevent me from receiving

BK3

my last 3 years and 2 months of time cuts, and the timeline will show that he did it as soon as I filed that first grievance.

## VI. RELIEF

State exactly what relief or action you are requesting through this lawsuit.

(1) I am first requesting injunctive relief ordering the Indiana DOC to either show proof that I opted of the CPCT program or have me placed back into it.

(2) I am requesting $50,000 in punitive damages to dissuade case workers like Scott from doing this again, to both me and others, who file grievances against them.

(3) I am requesting $50,000 in compensatory damages to compensate for the stress related to me being removed from the CPCT program and having to face the ominous possibility of doing an extra 3 years + 2 months in prison.

## AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this Fourth (4th) day of January, 2023.

Mario Bardlette
Plaintiff

BK3