UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARIO BARDLETTE, | ) |
|           Plaintiff, | ) |
| v. | )   No. 2:23-cv-00008-MPB-MG |
| SCOTT, | ) |
|           Defendant. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed without prejudice.

Dated: November 13, 2023

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

MARIO BARDLETTE
120178
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064

Eric Ryan Shouse
Lewis And Wilkins LLP
shouse@lewisandwilkins.com